[No. 5640–1.   Division One.   July 24, 1978.]

ANN CHITTENDEN, *Individually and as Executrix, Appellant,* v. EDMUND R. CLARKE, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 788634, T. Patrick Corbett, J., entered May 3, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Callow and Andersen, JJ.

[No. 5695–1.   Division One.   July 24, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN JOSEPH GALLEGOS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77980, Norman B. Ackley, J., entered May 2, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Williams, JJ.

[No. 5767–1.   Division One.   July 24, 1978.]

WHITNEY WARD, ET AL, *Respondents,* v. WILLIAM WILLIAMS, ET AL, *Defendants,* LAWRENCE W. DIFFLEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Island County, No. 8467, Harry A. Follman, J., entered June 14, 1977. *Affirmed* by unpublished per curiam opinion.